UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(FRESNO DIVISION)

October 29, 2025

## NOTICE OF CASE FILING UNDER E−FILING PROGRAM

**Case Number:**   1:25−cv−01437−HBK

**Case Title:**   JAMIE OSUNA vs. WOODCUT MEDIA, LTD.

Your civil complaint submitted under the E−Filing program was filed on 10/28/2025 . You are hereby notified that the above−referenced case number and name has been assigned to your action. You are to include it on all future filings in this court. Failure to do so will result in delayed processing of your documents. After this initial filing, no other documents can be filed electronically, but must be sent to the following address for filing:

**Office of the Clerk
United States District Court Eastern District of California
2500 Tulare Street, Suite 1501
Fresno, CA 93721**

Included with this Notice is the First Informational Order in Civil Rights Case signed by United States Magistrate Judge Helena M. Barch−Kuchta and "Consent to Proceed Before a United States Magistrate Judge" form. A filed stamped copy of your civil complaint is not being provided to you because you filed electronically and your original complaint was returned to you after being scanned and emailed to the Clerk of Court.

**Keith Holland
Clerk of Court, United States District Court
Eastern District of California**


**by:   C. Maldonado
Deputy Clerk**