Name: JAMIE OSUNA #BD0868

CDC No: BD0868

Address: P.O. BOX: 3476, CORCORAN, CA 93212

FILED

NOV 10 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CASE NUMBER: 1:25-CV-01437-HBK (PC)

JAMIE OSUNA    Plaintiff/Petitioner,

v.

WOODCUT MEDIA, LTD.,    Defendants/Respondent.
WOODCUT MEDIA, LTD., ET AL.,

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

I, Jamie Osuna, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    X Yes   __ No   (If "no" DO NOT USE THIS FORM)

   State the place of your incarceration. CSP/CORCORAN STATE PRISON Segergation unit

2. Are you currently employed (includes prison employment)?    __ Yes    X No

   a. If the answer is "yes" state the amount of your pay. N/A

3. Have you received any money from the following sources over the last twelve months?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession, or other self-employment: | __ Yes | __ No |
   | b. | Rent payments, interest or dividends: | __ Yes | __ No |
   | c. | Pensions, annuities or life insurance payments: | __ Yes | __ No |
   | d. | Disability or workers compensation payments: | __ Yes | __ No |
   | e. | Re Gifts or inheritances: | __ Yes | __ No |
   | f. | Any other sources: | X Yes | __ No |

   If the answer to any of the above is "yes," describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary). (1.) Out of the (6) six month period i only recieved 1 hundred $100.00 Dallor j-pay; DATED 1/09/25 as shown on the certify'd statment and 80% of the funds were taken out do to federal court fees
   (2.) my average monthly deposits were not $100.00 dallors month only that one time with every deposit around 100% is taken in january 80% for each of those 6 months the most i had access to was $40.00 dallors from my understanding the account balance on right colum of certifyd statment is not what is in my account but only a history without concern for restitution or sales just a totality

4. Do you have cash (includes balance of checking or savings accounts)? ___ Yes  ☒ No

   If "yes" state the total amount: ___N/A___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ___ Yes  ☒ No

   If "yes" describe the property and state its value: ___N/A___

6. Do you have any other assets?  ___ Yes  ☒ No

   If "yes," list the asset(s) and state the value of each asset listed: ___N/A___

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.
   ___N/A___

**This form must be dated and signed below for the court to consider your application.**

I hereby authorize the agency having custody of me to provide a certified copy of my trust account statement for activity covering the last six months to the Court. Additionally, once eligibility is established, I further authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

___11/4/25___                           ___[signature]___
DATE                                    SIGNATURE OF APPLICANT

Applicant's CDCR Number (Mandatory for CDCR Applicants): ___BdO868___

### CERTIFICATION BELOW IS TO BE COMPLETED BY NON-CDCR INCARCERATED PRISONERS ONLY

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _7.22_ on account to his/her credit at _CSP-COR_ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ _20.00_. I further certify that during the past six months the average monthly deposits to the applicants account was $ _100.00_.
(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

___11/4/25___                           ___[signature]___
DATE                                    SIGNATURE OF AUTHORIZED OFFICER

Date\Time: 7/15/2025 8:37:48 AM
Institution: COR

# CDCR
## Inmate Statement Report

Verified: COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
*Gonzalez, Acct. I (Spc)*
TRUST OFFICE
7/15/25

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| BD0868 | OSUNA, JAIME | COR | 04AA1LC1 | 044001 |

**Current Available Balance:** $5.37

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 01/01/2025 | COR | BEGINNING BALANCE | | | | $447.36 |
| 01/01/2025 | COR | FEDERAL FILING FEE | 1:24-CV-01156JLT-EPG | 431490 | ($71.00) | $376.36 |
| 01/01/2025 | COR | FEDERAL FILING FEE | 1:24-CV-01122-KES-SK | 431490 | ($71.00) | $305.36 |
| 01/01/2025 | COR | FEDERAL FILING FEE | 1:24-CV-01009-SAB | 431490 | ($71.00) | $234.36 |
| 01/01/2025 | COR | FEDERAL FILING FEE | 1:24-CV-00793-SAB | 431490 | ($71.00) | $163.36 |
| 01/09/2025 | COR | JPAY | 0000000176225895 | | $100.00 | $263.36 |
| 01/17/2025 | COR | SALES | 9 | | ($19.30) | $244.06 |
| 01/17/2025 | COR | SALES | 26 | | $0.85 | $244.91 |
| 01/23/2025 | COR | SHIPPING CHARGES DUE STATE | #108 FED-EX | | ($21.55) | $223.36 |
| 02/01/2025 | COR | FEDERAL FILING FEE | 1:24-CV-01156JLT-EPG | 431699 | ($10.00) | $213.36 |
| 02/01/2025 | COR | FEDERAL FILING FEE | 1:24-CV-01122-KES-SK | 431699 | ($20.00) | $193.36 |
| 02/01/2025 | COR | FEDERAL FILING FEE | 1:24-CV-01009-SAB | 431699 | ($20.00) | $173.36 |
| 02/01/2025 | COR | FEDERAL FILING FEE | 1:24-CV-00793-SAB | 431699 | ($20.00) | $153.36 |
| 03/11/2025 | COR | FILING FEES DUE STATE | 1:25-CV-00282-EPG | | ($3.00) | $150.36 |
| 03/19/2025 | COR | MISC. INCOME (EXEMPT) | 05-663622 | 12503 | $22.47 | $172.83 |
| 05/20/2025 | COR | SALES | 13 | | ($21.60) | $151.23 |
| 06/17/2025 | COR | LEGAL COPY | #232 SUPPLIES | | ($2.50) | $148.73 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| Other Encumbrance | 12/13/2022 | $143.36 |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| DAMAGES - STATE PROPERTY | CELL WINDOW 6/7/21 | $143.36 | $0.00 | $0.00 |
| FEDERAL FILING FEE | 1:24-CV-00793-SAB | $350.00 | ($91.00) | $140.20 |
| FEDERAL FILING FEE | 1:24-CV-01009-SAB | $350.00 | ($91.00) | $172.00 |
| FEDERAL FILING FEE | 1:24-CV-01122-KES-SK | $350.00 | ($91.00) | $254.00 |
| FEDERAL FILING FEE | 1:24-CV-01156JLT-EPG | $350.00 | ($81.00) | $269.00 |
| SHIPPING CHARGES | #108 FED-EX | $22.55 | ($21.55) | $1.00 |
| FEDERAL FILING FEE | 1:25-CV-00282-EPG | $350.00 | $0.00 | $350.00 |

2

Date\Time: 7/15/2025 8:37:48 AM  
Institution: COR

**CDCR**  
**Inmate Statement Report**

Verified: _____

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | BF139419 | Fulfilled | $300.00 | $0.00 | $0.00 | $0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.  
ATTEST:  
CALIFORNIA DEPARTMENT OF CORRECTIONS  
BY _____ Acct. I (Spec.)  
TRUST OFFICE  
7/15/25

3

| Date\Time: 7/15/2025 8:37:48 AM | CDCR | Verified: |
|---|---|---|
| Institution: COR | **Inmate Statement Report** | |

| Start Date: | 1/1/2025 | Revalidation Cycle: | All |
|---|---|---|---|
| End Date: | 7/15/2025 | Housing Unit: | All |
| Inmate/Group#: | BD0868 | | |

COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY: *[signature]* Acct. II Sac
TRUST OFFICER
7/15/25

1

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| BD0868 | OSUNA, JAIME | COR | 04AA1LC1 | 044001 |

**Current Available Balance:**   $5.37

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|

**No information was found for the given criteria.**

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| Other Encumbrance | 12/13/2022 | $143.36 |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| DAMAGES - STATE PROPERTY | CELL WINDOW 6/7/21 | $143.36 | $0.00 | $0.00 |
| FEDERAL FILING FEE | 1:24-CV-00793-SAB | $350.00 | $0.00 | $140.20 |
| FEDERAL FILING FEE | 1:24-CV-01009-SAB | $350.00 | $0.00 | $172.00 |
| FEDERAL FILING FEE | 1:24-CV-01122-KES-SK | $350.00 | $0.00 | $254.00 |
| FEDERAL FILING FEE | 1:24-CV-01156JLT-EPG | $350.00 | $0.00 | $269.00 |
| SHIPPING CHARGES | #108 FED-EX | $22.55 | $0.00 | $1.00 |
| FEDERAL FILING FEE | 1:25-CV-00282-EPG | $350.00 | $0.00 | $350.00 |

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | BF139419 | Fulfilled | $300.00 | $0.00 | $0.00 | $0.00 |

# CDCR Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| BD0868 | OSUNA, JAIME | COR | 04AA1LC1 | 044001 |

**Current Available Balance:** $5.37

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 04/01/2025 | COR | BEGINNING BALANCE | | | | $172.83 |
| 05/20/2025 | COR | SALES | 13 | | ($21.60) | $151.23 |
| 06/17/2025 | COR | LEGAL COPY | #232 SUPPLIES | | ($2.50) | $148.73 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| | 12/13/2022 | $143.36 |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| DAMAGES - STATE PROPERTY | CELL WINDOW 6/7/21 | $143.36 | $0.00 | $0.00 |
| FEDERAL FILING FEE | 1:24-CV-00793-SAB | $350.00 | $0.00 | $140.20 |
| FEDERAL FILING FEE | 1:24-CV-01009-SAB | $350.00 | $0.00 | $172.00 |
| FEDERAL FILING FEE | 1:24-CV-01122-KES-SK | $350.00 | $0.00 | $254.00 |
| FEDERAL FILING FEE | 1:24-CV-01156JLT-EPG | $350.00 | $0.00 | $269.00 |
| SHIPPING CHARGES | #108 FED-EX | $22.55 | $0.00 | $1.00 |
| FEDERAL FILING FEE | 1:25-CV-00282-EPG | $350.00 | $0.00 | $350.00 |

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | BF139419 | Fulfilled | $300.00 | $0.00 | $0.00 | $0.00 |

6

# CDCR
## Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| BD0868 | OSUNA, JAIME | COR | 04AA1LC1 | 044001 |

**Current Available Balance:** $7.22

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 07/01/2025 | COR | BEGINNING BALANCE | | | | $148.73 |
| 07/15/2025 | COR | FILING FEES DUE STATE | #259 CERTIFIED STATE | | ($3.00) | $145.73 |
| 07/25/2025 | COR | SALES | 14 | | ($0.15) | $145.58 |
| 08/05/2025 | COR | GTL | 22433997249315 | | $5.00 | $150.58 |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| | 12/13/2022 | $143.36 |

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| DAMAGES - STATE PROPERTY | CELL WINDOW 6/7/21 | $143.36 | $0.00 | $0.00 |
| FEDERAL FILING FEE | 1:24-CV-00793-SAB | $350.00 | $0.00 | $140.20 |
| FEDERAL FILING FEE | 1:24-CV-01009-SAB | $350.00 | $0.00 | $172.00 |
| FEDERAL FILING FEE | 1:24-CV-01122-KES-SK | $350.00 | $0.00 | $254.00 |
| FEDERAL FILING FEE | 1:24-CV-01156JLT-EPG | $350.00 | $0.00 | $269.00 |
| SHIPPING CHARGES | #108 FED-EX | $22.55 | $0.00 | $1.00 |
| FEDERAL FILING FEE | 1:25-CV-00282-EPG | $350.00 | $0.00 | $350.00 |
| FEDERAL FILING FEE | 1:25-CV-00772-BAM | $350.00 | $0.00 | $350.00 |

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | BF139419 | Fulfilled | $300.00 | $0.00 | $0.00 | $0.00 |

5