UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMIE OSUNA,

Plaintiff,

v.

WOODCUT MEDIA, LTD., et al.,

Defendants.

Case No. 1:25-cv-01437-KES-FJS

ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT RECORD AND STRIKE ERRONEOUSLY FILED PAGES FROM COMPLAINT, OR IN THE ALTERNATIVE, TO FILE A CORRECTED COPY

(ECF No. 7)

On October 28, 2025, Plaintiff Jamie Osuna ("Plaintiff") proceeding pro se filed his complaint from Corcoran state prison. (ECF No. 1.) On November 25, 2025, Plaintiff filed a motion to correct the record and strike the erroneously filed pages from the complaint to add two pages that were inadvertently omitted, or in the alternative, to file a corrected copy. (ECF No. 7.) Defendants have not been served pending screening of the complaint.

Accordingly, Plaintiff's motion is GRANTED and Plaintiff is ORDERED to file a CORRECTED complaint that omits the erroneously filed pages and includes the two pages that Plaintiff sought to include in his original complaint filed on October 28, 2025. Once filed, Plaintiff's corrected complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **September 21, 2026**

UNITED STATES MAGISTRATE JUDGE